# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 06-0447-01 MAG |
| ) | |
| Michael J. Starkey ) | |
| ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _December 8, 2006,_ be continued until _January 26, 2007,_ at _10:30 a.m._ .

Date: 10/24/06

Joseph C. Spero
United States Magistrate Judge

NDC-PSR-009 12/06/04